IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. SCHNELLER, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 06-1504 |
| | : | |
| FOX SUBACUTE AT | : | |
| CLARA BURKE, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 25th day of June, 2009, upon consideration of the defendants' motions to dismiss (Documents #35, 38, 41, 55), the plaintiff's response thereto (Document #72), and after a status hearing with all parties present, it is hereby ORDERED that the motions to dismiss are GRANTED in their entirety.

IT IS FURTHER ORDERED that all remaining motions in this case are DENIED as moot. The Clerk of Court is directed to mark this action CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.