IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES D. SCHNELLER, et al.,** | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 06-1504 |
| | : | |
| **FOX SUBACUTE AT CLARA BURKE, et al.,** | : | |
| Defendants | : | |

### O R D E R

**AND NOW**, this 28th day of June, 2010, upon consideration of the plaintiffs' *pro se* motion "for alleviation of cost of transcript" (Document #121), it is hereby ORDERED that the motion is GRANTED.

The Clerk of Court is directed to provide to the plaintiff a certified copy of the docket in the above-captioned case.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.